UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 9, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRANDA KAYLYN GARRETT<br><br>Defendant. | Case No. 2:20-cr-00064-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MIRANDA KAYLYN GARRETT  Case No.  2:20-cr-00064-JAM  Charges  18 USC § 3583  from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

\_\_\_\_\_  Unsecured Appearance Bond $ _____

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety as stated on the record in open court.

\_\_\_\_\_  Corporate Surety Bail Bond

 X      (Other): Defendant to be released at 9:00 AM on 6/10/2021. Upon release, defendant will go directly to the Federal Defender's Office on her own and is subject to being transported by a member of the Federal Defender's Office to Well Space. Defendant is to stay in the Well Space program until successful completion. Defendant released on Supervised Release conditions as stated on the record and previously imposed.

Issued at Sacramento, California on at 2:00 PM on June 9, 2021

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE